**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Elba Cruz-Rivas**
Petitioner

V.

CIVIL ACTION

NO. **1:26-cv-13709-RGS**

**Wesling et al**
Respondents

## ORDER OF DISMISSAL

Stearns, D. J.

In accordance with the Court's Order entered August 25, 2026 [Doc. No. 16] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

8/25/2026
Date

/s/ Jacqueline Martin
Deputy Clerk